# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHESTER DUDA,

 *Petitioner*,

vs.

D. NEVEN, *et al.*,

 *Respondents*.

Case No. 2:16-cv-01176-JCM-CWH

**ORDER**

 IT IS ORDERED that respondent's motion (ECF No. 6) for extension of time is GRANTED and that the time to respond to the petition is extended up to and including December 6, 2016.

 DATED: October 12, 2016.

_____
JAMES C. MAHAN
United States District Judge