# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHESTER DUDA,

    Petitioner,

vs.

D. NEVEN, *et al.*,

    Respondents.

Case No. 2:16-cv-01176-JCM-CWH

**ORDER**

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Petitioner has filed a motion for an extension of time in which to file a response to the pending motion to dismiss. (ECF No. 19). Petitioner seeks an extension of time, up to and including July 7, 2017, to file a response. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to respond to the motion to dismiss (ECF No. 19) is **GRANTED.** Petitioner's response shall be filed on or before **July 7, 2017.**

Dated June 14, 2017.

                                                        UNITED STATES DISTRICT JUDGE