# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHESTER DUDA,

    *Petitioner*,

vs.

D. NEVEN, *et al.*,

    *Respondents.*

2:16-cv-01176-JCM-CWH

ORDER

In this habeas matter under 28 U.S.C. § 2254, the clerk of the court of appeals has forwarded an application for a certificate of appealability received in that court on June 27, 2018, to the clerk of this court. (ECF No. 34.) Final judgment was entered herein on June 14, 2018; and the certificate of service reflects that petitioner dispatched the application for a certificate of appealability on June 25, 2018. Accordingly,

IT IS ORDERED that the clerk, if she has not already done so prior to the docketing of this order, shall treat the application for a certificate of appealability also as a notice of appeal also filed on June 27, 2018, and shall docket and process the appeal.

IT FURTHER IS ORDERED that, to the extent submitted to this court, the application for a certificate of appealability (ECF No. 34) is DENIED, for the reasons previously assigned. (See ECF No. 32, at 6.)

DATED: July 16, 2018.

                                                                      _____
                                                                      JAMES C. MAHAN
                                                                      United States District Judge